# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOSE BOLVITO-ENRIQUEZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-135 |
| v. | * | |
| WARDEN D. GREENWALT, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Jose Bolvito-Enriquez ("Bolvito-Enriquez") did not file Objections to this Report and Recommendation. In fact, this Court's Report and Recommendation was returned as undeliverable, with the notations: "Return to Sender, Not Deliverable as Addressed, Unable to Forward, No Longer Here 12/3." Dkt. No. 8.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Bolvito-Enriquez's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, and **DENIES as moot** Respondent's Motion to Dismiss. The Court also

AO 72A
(Rev. 8/82)

**DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Bolvito-Enriquez *in forma pauperis* status on appeal.

SO ORDERED, this 14 day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA