AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSE BOLVITO-ENRIQUEZ,

                              JUDGMENT IN A CIVIL CASE

          v.                            CASE NUMBER: 5:20-CV-135

WARDEN D. GREENWALT,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated December 15, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Respondent's Motion to Dismiss is DENIED as moot, the 28 U.S.C. § 2241 Petition is DISMISSED without prejudice, and Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

December 15, 2020      John Triplett, Acting Clerk of Court
Date                                           Clerk

                                                    Megan Garcia
                                                    (By) Deputy Clerk

GAS Rev 10/1/03